# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-575
_____

GLORIA FAYE TOWNSEND,

    Appellant,

    v.

J. NOLAN TOWNSEND, as
Personal Representative of the
Estate of Volie V. Townsend
Smith, deceased,

    Appellee.

_____

On appeal from the Circuit Court for Lafayette County.
Jennifer Johnson, Judge.

August 2, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Adam L. Morrison of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Robert F. Jordan of Jordan Law Firm, PLLC, Lake City; Bonnie S. Green of Darby Peale & Green, Lake City, for Appellee.